583 A.2d 332

JOHN MINGIONE AND CHRISTINE RACANIELLO, ET AL. v. Y.W. PARTNERSHIP.

March 7, 1990.

Petition for certification denied.

583 A.2d 332

MARIE R. RODIO AND SALVATORE J. RODIO v. ROBERT WILLIAM SMITH AND ALLSTATE INSURANCE COMPANY.

March 7, 1990.

Petition for certification granted.

583 A.2d 332

MARIE R. RODIO AND SALVATORE J. RODIO v. ROBERT WILLIAM SMITH AND ALLSTATE INSURANCE COMPANY.

March 7, 1990.

Cross–Petition for certification granted.

583 A.2d 332

DOLORES ZICCARELLO v. JESS T. ZICCARELLO.

March 7, 1990.

Petition for certification denied.